702    APPELLATE COURT OF INDIANA,

North Side State Bank *v.* Farmers' Trust, etc., Bank—81 Ind. App. 702.

## STATE, EX REL., *v.* JACOBS ET AL.

[No. 11,635.   Filed July 2, 1924.]

From Daviess Circuit Court; *James W. Ogdon,* Judge.

Action by the State of Indiana on the relation of Beryl Horrall and Gerald Horrall, administrators of the estate of Thomas H. Horrall, deceased, against Thomas Jacobs and another.   From a judgment for defendants, the plaintiff appeals.   *Affirmed.*

*W. A. Cullop* and *Alvin Padgett,* for appellant.
*Charles E. Henderson,* for appellee.

MCMAHAN, J.—Affirmed, on authority of *State, ex rel.,* v. *Jacobs* (1924), 194 Ind. 327.

---

## REPUBLIC COAL AND COKE COMPANY *v.* SEIBEL.

[No. 11,890.   Filed May 13, 1924.   Rehearing denied October 7, 1924.]

From the DeKalb Circuit Court; *William P. Endicott,* Judge.

Action between the Republic Coal and Coke Company and Carl A. Seible, doing business under the name of Dunn Coal Company.   From the judgment rendered, the former appeals.   *Affirmed.*

*James M. Barrett* and *James M. Barrett, Jr.,* for appellant.
*Smith & Geake,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## NORTH SIDE STATE BANK ET AL. *v.* FARMERS' TRUST AND SAVINGS BANK ET AL.

[No. 11,942.   Filed October 8, 1924.]

From Miami Circuit Court; *Albert Ward,* Judge.

Action between the North Side State Bank and others against the Farmers' Trust and Savings Bank and others.   From the judgment rendered, the former appeals.   *Affirmed.*

*Shuler McCormick* and *Joseph C. Herron,* for appellants.
*Conrad Wolf, Earl B. Barnes, C. W. Roll* and *George B. Shenk,* for appellees.

PER CURIAM.—Judgment affirmed.